```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
CHANG QEU OH and JOO YOUN OH,                                     :
                                                                  :
                              Plaintiffs,                         :
                                                                  :              20-cv-9044 (LJL)
        -v-                                                       :
                                                                  :                  ORDER
JOSE R. TRUJILLO-MONTOYA and HYS LIVERY                           :
SERVICE, INC.,                                                    :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/14/2021

LEWIS J. LIMAN, United States District Judge:

The complaint alleges that "[t]his cause of action arises out of a tort which occurred in Queens County, State of New York" and that "[v]enue is properly laid in the Eastern District of New York." Dkt. No. 4 ¶ 4.

Plaintiff is ORDERED to show cause by January 22, 2021 as to why this action should not be dismissed for lack of proper venue. A conference is scheduled for January 25, 2021 at 11:00 a.m. Parties are directed to dial into the Court's teleconference line at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

SO ORDERED.

Dated: January 14, 2021
       New York, New York                         _____
                                                         LEWIS J. LIMAN
                                                     United States District Judge