```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
CHANG QEU OH and JOO YOUN OH,                                  :
                                                               :
                        Plaintiffs,                            :
                                                               :        20-cv-9044 (LJL)
        -v-                                                    :
                                                               :              ORDER
JOSE R. TRUJILLO-MONTOYA and HYS LIVERY                        :
SERVICE, INC.,                                                 :
                                                               :
                        Defendants.                            :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2021

LEWIS J. LIMAN, United States District Judge:

    The proper venue for this action is not the Southern District of New York. *See* Dkt. Nos. 11, 12. Accordingly, it is hereby ORDERED that this case is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2). The Clerk of Court is respectfully directed to close the case.

    SO ORDERED.

Dated: January 22, 2021  
       New York, New York

                                                  LEWIS J. LIMAN  
                                            United States District Judge